UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **PROEXI LOGISTICS, LLC** individually And as assignee for and on behalf of **PLO GLOBAL CARGO, S.A. DE C.V.** and **PROEXI INTERNATIONAL, S.C.**, Plaintiff | § § § § § § § |
| VS. | § § § § § CIVIL ACTION NO.: _____ |
| **JU YOUNG SERVICES, S.A. de C.V.**, Defendant | § § |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, PROEXI LOGISTICS, LLC, Plaintiff in the above styled and Numbered Case and makes, files, and serves this its Plaintiff's Original Petition and for cause of action and relief requested, would respectfully show unto the Court as follows:

### I. INTRODUCTION

1. Proexi Logistics, LLC;[1] PLO Global Cargo, S.A. de C.V.;[2] and Proexi International, S. C.[3] (Pro Logistics, PLO Global, and Pro International shall collectively be referred to as "Proexi Group") are part of a series of companies owned by the Perez family that collectively work to provide their customers with international transportation, cross-border transportation, custom clearance, warehousing, and logistics services.

---

[1] Proexi Logistics, LLC shall hereinafter individually be referred to as "Pro Logistics."
[2] PLO Global Cargo, S.A. de C.V. shall hereinafter individually be referred to as "PLO Global."
[3] Proexi International, S.C. shall hereinafter individually be referred to as "Pro International."

2. One of Proexi Group's customers is Ju Young Services, S.A. de C.V. (Ju Young) who over the course of several years, utilized Proexi Group's array of international transportation services. Ju Young stopped paying Proexi Group for its services and incurred substantial outstanding payments. After demanding payment, Ju Young proposed a Payment Agreement and began making payments pursuant to their own terms which terms were acceptable to Proexi Group. But after only making two payments, Ju Young breached the Payment Agreement. Today, Ju Young is liable to Proexi Group in the cash sum of $176,671.80.

## II. Parties

3. Plaintiff, Proexi Logistics, LLC, is a Texas Limited Liability Company with its principal place of business in Laredo, Webb County, Texas. Proexi Logistics, LLC brings this suit individually and on behalf of, as the assignee of claims owned by PLO Global Cargo, S.A. de C.V., a Mexican company with its principal place of business in Nuevo Laredo, Tamaulipas, Mexico; and Proexi International, S. C., a Mexican company with its principal place of business in Nuevo Laredo, Tamaulipas, Mexico.

4. Defendant, Ju Young Services, S.A. de C.V. (hereinafter individually referred to as "Defendant Villarreal, Jr."), is a Mexican business entity with its principal place of business at Boulevard Carlos Salinas de Gortari No. 1000; Apodaca, Nuevo Leon 66634. It can be served with citation and a copy of Plaintiff's Original Petition by serving its Director, Stephen Seunghoon Lee.

## III. Venue

5. Venue is proper in the Laredo Division of the Southern District of Texas pursuant to 28 U.S.C. §1391 because:

    a.) It is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, and

b.)  It is a judicial district in which this defendant is subject to the Court's jurisdiction.

## IV. JURISDICTION

6. Proexi Group invokes this Courts jurisdiction pursuant to 28 U.S.C. §1332 in that this a suit by a citizen of this State and a citizen of a foreign state in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## V. STATEMENT OF FACTS

7. Ju Young operates a manufacturing plant located in Apodaca, a city in the northern Mexican state of Nuevo Leon. It utilized Proexi Group's services in the international trade industry which services include: transportation, logistics, warehousing, and Mexican and American freight forwarding and custom brokerage. Proexi Groups services helped Ju Young move goods to and from its manufacturing plant. Ju Young benefited from Proexi Group's line of businesses which helped streamline its transportation, warehousing, freight forwarding, and custom brokerage needs. This in turn allowed Ju Young to manufacture its goods, sell its products and fulfill its customers' purchases, and undoubtedly allowing Ju Young to profit all to its benefit and to Proexi Group's detriment.

8. Pro Logistics specifically provides transportation and transportation brokerage services to its customers. In providing transportation services to Ju Young, Logistics hired various transportation companies to haul Ju Young's goods and services and, in the process, paid for those services for which Ju Young was to reimburse Pro Logistics. Ju Young however, stopped reimbursing Pro Logistics for these services. To date, Ju Young owes Pro Logistics the cash sum total of ONE HUNDRED FIFTY-THREE THOUSAND, TWO HUNDRED DOLLARS AND NO/100 ($153,200.00).

9. PLO Global provides transportation related services to its customers from the

United States/ Mexico Border, south into the interior of Mexico. For Ju young, PLO Global provided these transportation services, trucking raw material south to Ju Young's manufacturing plant and returning Ju Young's finished product back north to the border. Pursuant to its agreement with PLO Global, Ju Young was to pay for these trucking services. Ju Young did not pay PLO Global for these services amounting to a total of $199,920.00 in Mexican Pesos that Ju Young owes PLO Global or approximately, TEN THOUSAND, NINE EIGHTEEN DOLLARS AND 78/100 ($10,019.78).

10. Pro International provided Ju Young with Mexican Custom Brokerage Services. Pursuant to its agreement with Pro International, Ju Young was to pay for theses services as provided in PLO International's invoices. Ju Young stopped paying for PLO International for the services it provided Ju Young. Today, Ju Young owes PLO International a total of $223,984.94 in Mexican Pesos or approximately, ELEVEN THOUSAND, TWO HUNDRED TWENTY-FIVE DOLLARS AND 94/100 ($11,225.94).

11. In August 2020, Proexi Group decided that it was best to assign to Pro Logistics the balances owed by Ju Young to PLO Global and Pro International and so that Pro Logistics could seek collection. Demand was delivered to Ju Young on August 6, 2020 in which Ju Young was put on notice of Pro Logistics efforts to collect for itself and on behalf of PLO Global and Pro International.

12. In response, Ju Young proposed a Payment Agreement which payment terms, as proposed, were accepted by Proexi Group.[4] Pursuant to the Payment Agreement, Ju Young recognized it owed Pro Logistics, PLO Global, and Pro International for the amounts demanded and even proposed how it would pay each for the services it had received and from which it had

---

[4] *See* Ex. 1.

benefited. Ju Young failed to make the payments as required. Despite making these promises however, Ju Young breached its Payment agreement when it failed to make timely payments as agreed.

### VI. CAUSES OF ACTION

**Breach of Contract**

13.    Proexi Group adopts and incorporates the above and foregoing facts and brings this cause of action for breach of contract against Ju Young. In support thereof, Proexi Group would show that after making a formal demand for payment for the services Proexi Group provided Ju Young, Ju Young offered to pay Proexi Group the amount demanded by offering a payment plan. Proexi Group accepted the terms of the Payment Agreement as proposed, assenting to the amounts and dates Ju Young proposed. Ju Young partially performed pursuant to the Payment Agreement but then breached the Payment Agreement when it failed to make any other payments.

14.    As a result of Ju Young's breach, Proexi Group has suffered damages by not receiving payments as proposed by Ju Young and agreed to by Proexi Group. Proexi Group stopped its collection efforts anticipating that Ju Young would perform pursuant to the Payment Agreement and the monthly payment plan provided therein. Proexi Group continues to suffer damages as it has not received the full value of the benefit that was promised by Ju Young.

15.    Moreover, Proexi Group further seeks the recover of all reasonable and necessary attorney's fees expended in collecting all monies owed by Ju Young.

**Sworn Account**

16.    Proexi Group adopts and incorporates the above and foregoing facts and brings this cause of action for suit on sworn account against Ju Young. In support thereof, Proexi Group would show that Pro Logistics, PLO Global, and Pro International provided service to Ju Young.

The prices for the services were agreed to by Pro Logistics, PLO Global, and Pro International both in writing, as fair and reasonable, and as a result of the usual, customary, and reasonable prices. Pro Logistics, PLO Global, and Pro International have each kept systematic records of each of the services and transactions by and between each member of Proexi Group and Ju Yuong. In keeping these records, Pro Logistics, PLO Global, and Pro International have applied all lawful offsets, payments, and credits. These accounts remain unpaid, they are due, and owing. The damages sustained by Pro Logistics, PLO Global, and Pro International are liquidated. The following are the outstanding balances:

| **Proexi Group** | **Balance:** |
|---|---|
| (1) **Pro Logistics** | $153,200.00 |
| (2) **PLO Global** | $10,019.07 |
| (3) **Pro International** | $11,225.94 |

17. Proexi Group further seeks recover of all costs incurred in prosecuting these claims and all reasonable and necessary attorney's fees that have been expended in attempting to collect on these three accounts.

**Quantum Meruit**

18. Proexi Group adopts and incorporates the above and foregoing facts and brings this cause of action for Quantum Meruit against Ju Young. In support thereof, Proexi Group would show that Pro Logistics, PLO Global, and Pro International provided valuable services to Ju Young. Ju young benefited from the services that were provided by Pro Logistics, PLO Global, and Pro International who accepted the benefits of these services. Ju Young has known that Pro Logistics, PLO Global, and Pro International expected compensation for the services. The services remain unpaid as Ju Young has promised to pay but still refuses to pay each for the services

provided.

**Jury Demand**

Written demand for a jury trial and notice provided to all parties of Plaintiff's demand for a trial by jury is hereby made pursuant to Federal Rule of Civil Procedure 38, 39. Accordingly, Plaintiff prays that the Court designate this Lawsuit on the Court's docket as a jury action.

## VI. P<small>RAYER</small>

WHEREFORE PREMISES CONSIDERED, PROEXI LOGISTICS, LLC individually and as the assignee of the accounts owed to PLO GLOBAL CARGO, S.A. DE C.V. and PROEXI INTERNATIONAL, S.C. pray that citation be issued and served on JU YOUNG SERVICES, S.A. de C.V. and upon trial on the merits, PROEXI LOGISTICS LLC, individually and as the assignee of accounts owed to PLO GLOBAL CARGO, S.A. DE C.V. have judgment against JU YOUNG SERVICES, S.A. de C.V. as set forth herein, including pre and post judgment interest, attorney's fees, costs of court, and all other further relief, both general or special, at law or in equity, to which the Court may find that Proexi Logistics, LLC is justly entitled.

Respectfully Submitted,

/s/ J. Francisco Tamez
J. Francisco Tamez
SBN: 24033257
Federal I.D.: 34713
Law Office of J. Francisco Tamez, PLLC
7913 McPherson Road, Ste 103
Laredo, Texas 78045
Telephone No.: (956) 753-0003
Facsimile No.: (956) 753-0004
Electronic Mail: ftamez@txlawfirm.net
**Attorney for Plaintiff**