United States District Court
Southern District of Texas
**ENTERED**
February 12, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **PROEXI LOGISTICS, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:21-CV-00130 |
| § | |
| **JU YOUNG SERVICES, S.A. DE C.V.,,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

On February 12, 2022 (Dkt. 28), the Court granted Plaintiff's Motion for Default Judgment (Dkt. 15). *See* (Dkt. 28.) For the reasons stated in the Court's Order (Dkt. 28), it is hereby ORDERED that the Clerk of Court TERMINATE this action and any pending motions. In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." Fed. R. Civ. P. 58.

The Court hereby enters this FINAL JUDGMENT.

SIGNED this February 12, 2024.

Diana Saldaña
United States District Judge